No. 07-14-00394-CR

| | | |
|---|---|---|
| Caleb Luke Powell<br>  Appellant | § | From the 64th District Court<br>  of Hale County |
| | § | |
| v. | | August 14, 2015 |
| | § | |
| The State of Texas<br>  Appellee | §<br>§ | Opinion by Justice Pirtle |

**J U D G M E N T**

Pursuant to the opinion of the Court dated August 14, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be affirmed.

It is further ordered that appellant pay all costs in this behalf expended for which let execution issue.

It is further ordered that this decision be certified below for observance.

o O o